IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| ROBERT ANDREW WOLTER | Violation: 18 U.S.C. § 2113(a) |

**Bank Robbery**

The Grand Jury Charges:

On or about January 15, 2019, in the District of North Dakota,

ROBERT ANDREW WOLTER

did, by force, violence, and intimidation, take from the person and presence of bank personnel, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, Bismarck, North Dakota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/ Grand Jury Foreperson_____
Foreperson

/s/ Christopher C. Myers_____
CHRISTOPHER C. MYERS
United States Attorney

DDH:jt